# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

July 23, 2020

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:    United States v. Jimenez, et al, 10 Cr 856 (KMK)

Dear Honorable Karas:

    I hope you are well. I represent Martin Dejesus Reyes-Maria in the above referenced case. I am writing to respectfully request an approximately three-week adjournment of the motions schedule and status conference in the above referenced case.[1] I have spoken to A.U.S.A. James Ligtenberg, and he does not object to this request. Additionally, I have communicated with Mr. Brian Kaplan, attorney for Mr. Mayobanex Reyes, and he joins in this request. I have not yet heard back from Mr. Barry Ross Goldberg, attorney for Mr. Jimenez. My client, Martin Dejesus Reyes Maria, and the co-defendants (Jonathan Jimenez and Mauyobanex Reyes) are not incarcerated in this matter.

    I am seeking this adjournment because I have been in communication with A.U.S.A. James Ligtenberg and I am optimistic that Mr. Reyes-Maria's case can be resolved in the next few weeks. Because of this, I ask that Your Honor grant this three-week extension so that I can attempt to resolve this matter without the need for motion practice or a trial. I have no objection to time being excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    Thank you very much for your consideration.

Granted. Time is excluded until 8/14/20 to allow counsel time to explore a resolution of this case. The interests of justice from this exclusion outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered. /s/ K. Karas 7/24/20

Sincerely,

Benjamin Gold

cc:    AUSA James Ligtenberg (via e-mail and ECF)
        Barry Ross Goldberg (attorney for Jonathan Jimenez) (via e-mail and ECF)
        Brian Ira Kaplan (attorney for Mayobanex Reyes) (via e-mail and ECF)

---

[1] Currently, motions are due on July 24, 2020.