# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

August 14, 2020

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    U.S. v. Martin DeJesus Reyes-Maria
           19 Cr 856 (KMK)

Dear Honorable Karas:

    I am writing to respectfully request that Your Honor toll the motions schedule that has been set for Mr. Reyes-Maria. I have sought one prior extension, which was granted on July 24, 2020. I am requesting this adjournment because I have submitted mitigation to the Government and my understanding is that the Government is in the process of putting together a written plea agreement for Mr. Reyes-Maria. Under these circumstances, I ask that Your Honor grant a two-week extension. I have spoken to AUSA James Ligtenberg, and he does not object to this request.

    Thank you for your consideration.

Granted.
So Ordered.

/s/ K. Karas
8/14/20

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:    AUSA James Ligtenberg (via e-mail and ECF)
       Barry Ross Goldberg (attorney for Jonathan Jimenez) (via e-mail and ECF)
       Brian Ira Kaplan (attorney for Mayobanex Reyes) (via e-mail and ECF)