# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

October 14, 2020

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Jimenez, et al, 19 Cr 856 (KMK)

Dear Honorable Karas:

    I represent Martin Dejesus Reyes-Maria in the above referenced case. I am writing to ask that you temporarily modify the terms of Mr. Reyes-Maria's release to allow him to go to the hospital with his ▮▮▮▮▮. As detailed in the attached letter, Mr. Reyes-Maria's ▮▮▮ is having surgery on Friday, October 16, 2020 at Columbia University Medical Center. The hope is that his ▮▮▮ will be released shortly after the surgery, but there is a chance that ▮ will be admitted if complications arise. Under these circumstances, I ask that you please modify the terms of Mr. Reyes-Maria's release (home incarceration) to allow him to go to the hospital on October 16, 2020.[1] In the event that Mr. Reyes-Maria's ▮▮▮ is admitted to the hospital, I ask that he be allowed to make daytime visits to the hospital, to be preapproved by pretrial services.

    I have communicated with pretrial officer Ashley Cosme and she does not object to this request. Similarly, AUSA James Ligtenberg does not object.

Granted.
So Ordered.

*/s/ K. Karas*
10/15/20

Sincerely,

*/s/ Ben G.*

Benjamin Gold

cc:  AUSA James Ligtenberg (via e-mail and ECF)
     Intensive Supervision Officer Ashley L. Cosme (via e-mail)

---

[1] I am not asking that Mr. Reyes-Maria be permitted to spend the night at the hospital.