UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

MARTIN DEJESUS REYES MARIA,

                    Defendant.
------------------------------------------------------------X

**MEMORANDUM**

19 Cr. 856 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the November 12, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  December 30, 2020
          White Plains, New York

                                                  Respectfully submitted,

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge

December 30, 2020

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                    **SO ORDERED.**

                                  ANDREW E. KRAUSE
                                  United States Magistrate Judge