MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

March 4, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:  U.S. v. Martin DeJesus Reyes Maria
19 Cr 856 (KMK)

Dear Honorable Karas:

I am writing to respectfully request that Your Honor adjourn Mr. Reyes Maria's sentencing, which is currently scheduled for March 17, 2021 at 2:00pm. I am requesting this adjournment because Mr. Reyes Maria would prefer to be sentenced in person but we would prefer to wait until conditions are safer for an in-person sentencing. Additionally, I am requesting this adjournment because I am awaiting records that would be useful at Mr. Reyes Maria's sentencing. This is my first time asking that this sentencing be adjourned. I have spoken with AUSA James Ligtenberg and he does not object to this request. We are both available the last week of April, although I am unavailable from 11:00am to noon on April 26th, in the morning on April 27th and between 3:00pm and 4:00pm on April 30th.

Thank you for your consideration.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:  AUSA James Ligtenberg (via e-mail and ECF)

Granted. The sentence will go forward on 5/11/2021 at 2:00 PM.

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
3/5/2021